UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

SHANIE HOLMAN,

                Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, and TD BANK USA, N.A.,

                Defendants.

---------------------------------------------------------------x

Case No. 1:20-cv-03454-BMC

**NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff Shanie Holman ("Plaintiff") hereby notifies the Court that the present case has been settled between Plaintiff and Defendant Equifax Information Services, LLC (collectively, the "parties"), and states as follows:

1. A settlement agreement is in the process of being finalized between the parties. Once the settlement agreement is fully executed, and Plaintiff has received the consideration required, the parties will respectfully request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this action as to Defendant Equifax Information Services, LLC, and adjourn all deadlines and conferences.

DATED: April 20, 2020                **COHEN & MIZRAHI LLP**
                                          EDWARD Y. KROUB

                                          /s/ Edward Y. Kroub
                                          EDWARD Y. KROUB

- 2 -

                                              DANIEL C. COHEN
                                              EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone:  929/575-4175
929/575-4195 (fax)
dan@cml.legal
edward@cml.legal

*Attorneys for Plaintiff*